

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*David Inkeles*
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
david.inkeles@usdoj.gov

main: *(973) 645-2700*
direct:*(973) 645-2813*

February 18, 2026

<u>Via ECF</u>
Hon. Julien Xavier Neals, U.S.D.J.
Martin Luther King Jr. Federal Building and
United States Courthouse
50 Walnut Street, Room 2009
Newark, NJ 0710

    Re:   *Sandoval v. Tsoukaris, et al.*, No. 26-1088 (JXN)
             Joint Extension Request for 21-Days

Dear Judge Neals:

    This Office represents Respondents in the above habeas matter. On February 6, 2026, the Court entered a Memorandum and Order that directed the Respondents to file a complete answer to the habeas petition within 14-days. ECF 6. The parties jointly seek a 21-day extension for Respondents to respond to this petition.

    This Office has recently conferred with Petitioner's counsel, S. Michael Musa-Obregon, Esq., concerning Respondents' detention authority of the Petitioner. Specifically, Petitioner is currently in detention pursuant to 8 U.S.C. § 1231(a)(5) because Petitioner has been previously removed from the United States twice. At the time of filing the petition, the Petitioner did not have an opportunity to interview with counsel or access detention documents. *See* Pet. ¶ 3. Since filing, the Respondents have provided detention documents to Petitioner's counsel for review and consideration. The parties jointly request a 21-day extension, until March 11, 2026, for Petitioner to potentially voluntarily withdraw or amend the petition. This is the parties' first request for an extension.

    We thank the Court for its attention to this matter.

So ORDERED on 2/19/2026:

_____
JULIEN XAVIER NEALS
United States District Judge

                                         Respectfully submitted,

                                         TODD BLANCHE
                                         U.S. Deputy Attorney General

                                         JORDAN FOX
                                         Chief of Staff & Associate Deputy
                                         Attorney General
                                         Special Attorney

                              By:    */s/ Brooks E. Doyne*
                                         BROOKS E. DOYNE
                                         Assistant United States Attorney
                                         *Attorneys for Respondents*

cc:      Counsel of Record (via ECF)