

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*David Inkeles*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2813*

March 9, 2026

**Via ECF**
Hon. Julien Xavier Neals, U.S.D.J.
Martin Luther King Jr. Federal Building and
United States Courthouse
50 Walnut Street, Room 2009
Newark, NJ 0710

      **Re:**   *Sandoval v. Tsoukaris, et al.,* **No. 26-1088 (JXN)**
              **Second Joint Extension Request**

Dear Judge Neals:

      This Office represents Respondents in the above habeas matter. On February 6, 2026, the Court entered a Memorandum and Order that directed the Respondents to file a complete answer to the habeas petition within 14-days. ECF 6. On February 20, the Court granted the parties joint request for an extension of time until March 11. ECF 8.

      This Office once again recently conferred with Petitioner's counsel, S. Michael Musa-Obregon, Esq., concerning Respondents' detention authority of the Petitioner. Specifically, Petitioner is currently in detention pursuant to 8 U.S.C. § 1231(a)(5) because Petitioner has been previously removed from the United States twice. At the time of filing the petition, the Petitioner did not have an opportunity to interview with counsel or access detention documents. *See* Pet. ¶ 3. Since filing, the Respondents have provided detention documents to Petitioner's counsel for review and consideration.

      In speaking with Petitioner's counsel, Petitioner requests until March 16, for Petitioner to potentially amend the petition or submit a letter brief. Petitioner's counsel has also provided consent for the Respondents to have until March 23, to respond to either the amended petition or letter brief. This is the parties' second request for an extension.

      We thank the Court for its attention to this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
Attorney General
Special Attorney

By:    /s/ Brooks E. Doyne
       BROOKS E. DOYNE
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of Record (via ECF)

**So ORDERED on 3/10/2025:**

**JULIEN XAVIER NEALS**
**United States District Judge**

2